IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| EVERSPAN INDEMNITY INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VDV TRUCKING INC. ) <br> MURODJON YULDASHEV ) <br> Defendants, ) <br> ) <br> ESTATE OF QUYEN T. NGUYEN, ESTATE OF ) <br> BANG KIM NGUYEN, ESTATE OF PHUONG H. ) <br> NGUYEN, ESTATE OF THAM NGUYEN, AND ) <br> DUNG D. NGUYEN, ) <br> ) <br> Nominal Defendants as Potentially Interested Parties ) | Case No. 1:24-CV-8871 <br><br> Judge Edmond E. Chang |

**PLAINTIFF EVERSPAN INDEMNITY INSURANCE COMPANY'S
MOTION FOR JUDGMENT BY DEFAULT**

Plaintiff EVERSPAN INDEMNITY INSURANCE COMPANY ("Everspan"), by and through its attorneys, pursuant to Federal Rule of Civil Procedure 55 moves this Court to enter an Order of Judgment by Default against Defendant VDV Trucking, Inc. ("VDV"). In support of this Motion, Everspan states as follows:

1. On September 25, 2024, Everspan filed the instant Complaint for Declaratory Judgment (Doc. 1), seeking a declaration that there is no coverage provided by a certain commercial auto policy issued by Everspan to VDV for claims arising out of a motor vehicle collision that occurred on May 24, 2024.

2. On February 21, 2025, this Court granted for good cause Everspan's Motion to Authorize Alternative Service as to VDV (Doc. 26). This Court further directed Everspan to effect service by doing all of the following:

    (a)    mailing a copy of the summons and complaint via regular mail addressed to VDV at its last known address of 3815 River Crossing Parkway, Suite 100, Indianapolis, IN 46240;

    (b)    mailing a copy of the summons and complaint regular mail addressed to VDV in care of its attorneys at Cassiday Schade LLP, Chicago, Illinois; and

    (c)    mailing a copy of the summons and complaint via regular mail addressed to VDV in care of its attorneys at Scopelitis, Garvin, Light, Hanson & Feary, P.C., Chicago, Illinois.

When alternative service is accomplished, the Plaintiff shall promptly file proof of service on the docket.

(Doc. 26.)

3. On February 24, 2025, Everspan mailed copies of the summons and complaint via regular mail as directed and filed all three proofs of service as directed. *See* Returned Alias Summons directed to VDV at its last known address in Indianapolis, IN (Doc. 33); in care of Cassiday Schade LLP (Doc. 32); and in care of Scopelitis, Garvin, Light, Hanson & Feary, P.C. (Doc. 34), collectively filed February 24, 2025.

4. No Appearance has been filed on behalf of VDV in the Action.

5. VDV's Answer to Everspan's Complaint was due on or about March 17, 2025, or 21 days after service on February 24, 2025. VDV has failed to plead or otherwise defend and has neither served an answer, pleading, or motion on the Plaintiff, nor with the Court in the Action.

6. On March 18, 2025, this Court on its own motion deemed VDV in default in the Action and directed Everspan accordingly on the filing of the instant Motion for Default Judgment as to VDV (Doc. 44).

WHEREFORE, Plaintiff, EVERSPAN INDEMNITY INSURANCE COMPANY requests this Court enter an Order of Judgment as follows:

    A. Plaintiff Everspan Indemnity Insurance Company has no duty to defend VDV Trucking, Inc. in the Underlying Lawsuits;

B. Plaintiff Everspan Indemnity Insurance Company has no duty to indemnity VDV Trucking, Inc. in the Underlying Lawsuits;

C. Grant any other relief this Court deems just and equitable under the circumstances.

Dated: March 20, 2025

                                                Respectfully Submitted,

                                                GOLDBERG SEGALLA LLP

                                                By: */s/Bruce M. Engel*
                                                       One of the Attorneys for Plaintiff
                                                       EVERSPAN INDEMNITY INSURANCE COMPANY

Bruce M Engel (ARDC # 6188910)
**GOLDBERG SEGALLA LLP**
222 West Adams Street, Suite 2250
Chicago, IL 60606
Telephone: (312) 572-8441
Facsimile: (312) 572-8401
E-mail: bengel@goldbergsegalla.com

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of Plaintiff's **Motion for Judgment by Default** was served upon all counsel of record via the Court's ECF system this 20th day of March and additionally via Certified Mail-Return Receipt Request and First Class U.S. Mail upon the following *pro se* defendant:

| | |
|---|---|
| **Tracy A. Brammeier** <br> **Kevin P. Durkin** <br> CLIFFORD LAW OFFICES, P.C. <br> 120 North LaSalle Street, Suite 3600 <br> Chicago, Illinois 60602 <br> Telephone: (312) 899-9090 <br> E-mail: tab@cliffordlaw.com <br> E-mail: kpd@cliffordlaw.com <br> *Attorneys for Estate of Quyen T. Nguyen,* <br> *Dung Nguyen and Estate of Phuong H. Nguyen* | **Murodjon Yuldashev** <br> 3364 Guider Avenue, Unit 5B <br> Brooklyn, NY 11235 <br> *Pro se defendant* |
| **VDV Trucking Inc.** <br> c/o Scopelitis, Garvin, Light, Hanson & Feary, P.C <br> 30 W. Monroe Street <br> Suite 1600 <br> Chicago, IL 60603 | **VDV Trucking Inc.** <br> 3815 River Crossing Parkway <br> Suite 100 <br> Indianapolis, IN 46240 <br> *Pro se defendant* |
| **VDV Trucking Inc.** <br> c/o Cassiday Schade LLP <br> 222 West Adams Street <br> Suite 2900 <br> Chicago, IL 60606 | |

                                                       By:   /s/Bruce M. Engel
                                                                    One of the Attorneys for Plaintiff
                                                                    EVERSPAN INDEMNITY INSURANCE COMPANY

Bruce M Engel (ARDC # 6188910)
**GOLDBERG SEGALLA LLP**
222 West Adams Street, Suite 2250
Chicago, IL 60606
Telephone: (312) 572-8441
Facsimile: (312) 572-8401
E-mail: bengel@goldbergsegalla.com