# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Everspan Indemnity Insurance Company,

Plaintiff(s),

v.

VDV Trucking Inc, et al.,

Defendant(s).

Case No. 24 C 8871
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

    which ☐ includes          pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the Plaintiff Everspan Indemnity Insurance Company and against Defendant VDV Trucking, Inc., and Defendant Murodjon Yuldashev. The Plaintiff has neither a duty to defend nor a duty to indemnify the Defendants in the lawsuits arising out of the 05/24/2024 motor vehicle accident in Douglas, County, Illinois, involving Defendant Yuldashev.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default.

Date: 4/3/2025                                Thomas G. Bruton, Clerk of Court

                                                          /s/ Michael Wing, Deputy Clerk