IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| EVERSPAN INDEMNITY INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VDV TRUCKING INC. ) <br> MURODJON YULDASHEV ) <br> Defendants, ) <br> ) <br> ESTATE OF QUYEN T. NGUYEN, ESTATE OF ) <br> BANG KIM NGUYEN, ESTATE OF PHUONG H. ) <br> NGUYEN, ESTATE OF THAM NGUYEN, AND ) <br> DUNG D. NGUYEN, ) <br> ) <br> Nominal Defendants as Potentially Interested Parties ) | Case No. 1:24-cv-8871 |

**PLAINTIFF-COUNTERCLAIM DEFENDANT EVERSPAN INDEMNITY INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS OF THE COUNTERCLAIM OF DEFENDANTS/COUNTERCLAIM-PLAINTIFFS, ESTATE OF QUYEN T. NGUYEN, ESTATE OF PHUONG H. NGUYEN, AND DUNG G. NGUYEN**

Pursuant to Fed. R. Civ. P. 12(c), Plaintiff-Counterclaim Defendant Everspan Indemnity Insurance Company ("Everspan"), respectfully moves the Court for a judgment on the pleadings of the Counterclaim [R. 27] of Defendants/Counterclaim-Plaintiffs, Estate of Quyen T. Nguyen, Estate of Phuong H. Nguyen, and Dung G. Nguyen ("Estates"), dismissing the Counterclaim in its entirety on the grounds that the claims asserted therein are not ripe for consideration by the Court.

In support of the motion, Everspan will rely on the accompanying Memorandum of Law in Support, and all other pleadings and memoranda filed in this matter.

WHEREFORE, Plaintiff respectfully requests that the motion be GRANTED.

1

Dated: April 7, 2025

                                        GOLDBERG SEGALLA LLP

                              By:   */s/ Bruce M. Engel*
                                        One of the Attorneys for Plaintiff
                                        EVERSPAN INDEMNITY INSURANCE COMPANY

Bruce M Engel (ARDC # 6188910)
**GOLDBERG SEGALLA LLP**
222 West Adams Street, Suite 2250
Chicago, IL 60606
Telephone: (312) 572-8441
Facsimile: (312) 572-8401
E-mail: bengel@goldbergsegalla.com

OF COUNSEL:
Laurence J. Rabinovich
Barclay Damon LLP
1270 Avenue of the Americas
Suite 501
New York, NY 10020
Telephone: (212) 784-5824
Facsimile: (212) 784-5771
E-mail: LRabinovich@barclaydamon.com

Attorneys for Plaintiff
EVERSPAN INDEMNITY INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of Plaintiff-Counterclaim Defendant's **Motion for Judgment on the Pleadings of the Counterclaim of Defendants/ Counterclaim-Plaintiffs, Estate of Quyen T. Nguyen, Estate of Phuong H. Nguyen, and Dung G. Nguyen** was served upon all counsel of record via the Court's ECF system this 7th day of April 2025**.**

**Tracy A. Brammeier**
**Kevin P. Durkin**
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3600
Chicago, Illinois 60602
Telephone: (312) 899-9090
E-mail: tab@cliffordlaw.com
E-mail: kpd@cliffordlaw.com
*Attorneys for Estate of Quyen T. Nguyen,*
*Dung Nguyen and Estate of Phuong H. Nguyen*

By:    /s/Bruce M. Engel    
       One of the Attorneys for Plaintiff
       EVERSPAN INDEMNITY INSURANCE
       COMPANY

Bruce M Engel (ARDC # 6188910)
**GOLDBERG SEGALLA LLP**
222 West Adams Street, Suite 2250
Chicago, IL 60606
Telephone: (312) 572-8441
Facsimile: (312) 572-8401
E-mail: bengel@goldbergsegalla.com