**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Everspan Indemnity Insurance Company
                                  Plaintiff,

v.                                                         Case No.: 1:24−cv−08871
                                                             Honorable Edmond E. Chang

VDV Trucking Inc, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 2, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 52, the counsel for the nominal Defendants anticipate representing the unserved defendants, Estate of Bang Kim Nguyen and Estate of Tham Nguyen, but the appointment of estate representatives in Vietnam has not been accomplished yet. The tracking status hearing of 05/09/2025 is reset to 06/13/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report on these two unserved Defendants by 06/06/2025, as requested by counsel. Meanwhile, the Plaintiff's motion 48 to dismiss counterclaim based on lack of Article III ripeness is fully briefed and under advisement. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.